AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AMETHYST ENTERPRISE INC.,
a Florida Corporation, and
AMETHYST DISTRIBUTORS, LLC,
a Florida Limited Liability Company

*Plaintiff(s)*

v.

WAKIYA CORPORATION,
a Florida Corporation

*Defendant(s)*

Civil Action No. 1:26-cv-27343-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WAKIYA CORPORATION
26001 S Dixie Hwy
Homestead FL 33032
Attn: Mohammad Bhuiyan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive,
Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

SUMMONS

Date: 10/19/2026

s/ K. Riles

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AMETHYST ENTERPRISE INC.,
a Florida Corporation, and
AMETHYST DISTRIBUTORS, LLC,
a Florida Limited Liability Company

*Plaintiff(s)*

v.

WAKIYA CORPORATION,
a Florida Corporation

*Defendant(s)*

Civil Action No. 1:26-cv-27343-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WAKIYA CORPORATION
8133 SW 186th St
Cutler Bay FL 33157
Attn: Mohammad Bhuiyan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/19/2026

Angela E. Noble
Clerk of Court

*s/ K. Riles*

Deputy Clerk
U.S. District Courts